# UNITED STATES COURT OF APPEALS FOR VETERANS CLAIMS

No. 98-284

AIDA FELIX,                                                    APPELLANT,

   V.

TOGO D. WEST, JR.,
SECRETARY OF VETERANS AFFAIRS,                               APPELLEE.

Before NEBEKER, *Chief Judge*, and IVERS and GREENE, *Judges.*

## O R D E R

On October 18, 1999, the appellant, through counsel, moved to stay proceedings in this matter pending a decision by the U.S. District Court for the District of Puerto Rico on the appellant's action to enforce the Final Stipulation and Order in the case of *Giusti-Bravo v. U.S. Veterans Administration*, 853 F.Supp. 34 (D.P.R. 1993). On December 22, 1999, this Court granted that motion and ordered that the appellant, within 30 days, notify the Secretary and this Court of the current status of the motion to enforce the terms of the Final Stipulation and Order in the District Court and thereafter of any subsequent action taken by the District Court before June 1, 2000. No response was received. On April 6, 2000, this Court order the appellant to inform the Court of the current status of the motion by April 26, 2000, and show cause why this case should not be dismissed for failure to comply with the Court's Rules. On April 26, 2000, the appellant filed a response to the Court's order explaining the status of the action to enforce and explaining that if the District Court were to grant Mrs. Felix's motion before it, the appeal before this Court would become moot.

Upon consideration of the foregoing, it is

ORDERED that Court's April 6, 2000, order to show cause is withdrawn. It is further

ORDERED that the appellant advise the Court of any action taken in this matter by the District Court before June 1, 2000.

DATED:  May 11, 2000                          PER CURIAM.